UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-62372-CV-MIDDLEBROOKS/OTAZO-REYES

DAVID BRYSON COX,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

_____/

**SUPPLEMENTAL REPORT AND RECOMMENDATION**

    This matter came before the Court upon *Pro se* Plaintiff David Bryson Cox's ("Plaintiff") successive Motion for Leave to Proceed *In Forma Pauperis* (hereafter, "Successive IFP Motion") [D.E. 21]. This cause has been referred to the undersigned by the Honorable Donald M. Middlebrooks, United States District Judge, for all pretrial matters, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida [D.E. 17]. The undersigned has recommended that Plaintiff's prior IFP Motion [D.E. 6] be denied. See Report and Recommendation [D.E. 19]. The undersigned incorporates herein her earlier Report and Recommendation and concludes that nothing in the Successive IFP Motion warrants a different outcome.

    Therefore, it is **RESPECTFULLY RECOMMENDED** that Plaintiff's Successive IFP Motion [D.E. 21] also be **DENIED**.

    Pursuant to Local Magistrate Judge Rule 4(b), Plaintiff has **fourteen days** from the receipt of this Report and Recommendation to file written objections, if any, with the Honorable Donald M. Middlebrooks. Failure to timely file objections shall bar Plaintiff from attacking on appeal the

factual findings contained herein.  See Resolution Tr. Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).  Further, "failure to object in accordance with the provisions of [28 U.S.C.] § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions."  See 11th Cir. R. 3-1 (I.O.P. - 3).

RESPECTFULLY RECOMMENDED in Chambers, at Miami, Florida, this 2nd day of March, 2021.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies via CM/ECF to:

United States District Judge Donald M. Middlebrooks
Counsel of Record

Copies via U.S. mail to:

David Bryson Cox
665404
Hardee Correctional Institution
Inmate Mail
6901 State Road 62
Bowling Green, FL 33834