UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-62372-CIV-MIDDLEBROOKS/Otazo-Reyes

DAVID BRYSON COX,

    Petitioner,
v.

UNITED STATES,

    Respondent.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Alicia Otazo-Reyes's Report recommending denial of *pro se* litigant David Bryson Cox's Motion for Leave to Proceed In Forma Pauperis and recommending dismissal of Mr. Cox's complaint (DE 1) as frivolous pursuant to 28 U.S.C. § 1915(e)(2). (DE 19). Following issuance of the initial Report and Recommendation, Mr. Cox again filed a Motion for Leave to Proceed in Forma Pauperis. (DE 21). Magistrate Judge Otazo-Reyes issued a Supplemental Report and Recommendation concluding that nothing in the successive IFP motion warrants a different outcome. (DE 22).

Mr. Cox filed objections on March 8, 2021 (DE 25), and a "Motion to Correct Typos" on March 17, 2021 (DE 26). In his objections, Mr. Cox states that the clerk of court erroneously construed his complaint as being brought pursuant to 42 U.S.C. § 1983. He says he is seeking arbitration of his claim that as a co-trustee with the U.S. Government he and his family members are entitled to $100,000,000 among other sums. (DE 25).

I have conducted a *de novo* review of the record, including Mr. Cox's complaint, the Magistrate Judge's two Reports, and Mr. Cox's objections and other filings, and I agree that the claims are without arguable merit either in law or in fact. Continued filing of this sort will result

in sanctions, including restrictions on Mr. Cox's ability to submit *pro se* filings in the future. *See Procup v. Strickland,* 792 F. 2d 1069, 1071-73 (11th Cir. 1986).

Based upon the foregoing, it is **ORDERED AND ADJUDGED** that:

(1) Plaintiff's Objections to the Magistrate Judge's Report(s) (DE 25) are **OVERRULED**.

(2) Magistrate Judge Otazo-Reyes's Reports (DE 19 and DE 22) are **ADOPTED**.

(3) Plaintiff's Motions for Leave to Proceed In Forma Pauperis (DE 6 and DE 21) are **DENIED**.

(4) Plaintiff's Complaint (DE 1) is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915.

(5) The Clerk of Court shall **CLOSE THIS CASE**.

(6) All pending motions are **DENIED AS MOOT**.

**SIGNED** in Chambers in West Palm Beach, Florida, this 29th day of March, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Otazo-Reyes;

David Bryson Cox
665404
Hardee Correctional Institution
Inmate Mail/Parcels
6901 State Road 62
Bowling Green, FL 33834
PRO SE